**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00390-CV**
_____

**DARRELYNN GREEN, Appellant**

**V.**

**BAYTOWN APARTMENT GROUP LLC, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 24CCCV0776**

_____

**MEMORANDUM OPINION**

On November 7, 2024, Darrelynn Green filed a notice of appeal from a final judgment in an eviction case. But after perfecting an appeal, Green failed to file a brief.

On January 27, 2025, the Clerk of the Ninth Court of Appeals notified the parties that Green had not filed a brief and advised the parties that her appeal would be submitted without briefs unless by February 6, 2025, Green filed a brief and a motion to extend the deadline for filing her brief. We warned Green that if the Court

submitted her appeal without briefs that the Court could dismiss her appeal for want of prosecution.

On February 20, 2025, the Clerk notified the parties that on March 13, 2025, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Green has not filed a brief in her appeal assigning any error to any of the trial court's rulings, we dismiss Green's appeal for want of prosecution. *See id.* 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 13, 2025
Opinion Delivered March 20, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.